UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MANSON GULF, LLC | CIVIL ACTION |
| VERSUS | NO: 15-3627<br>c/w: 15-6860<br>REF: ALL |
| MODERN AMERICAN RECYCLING SERVICE, INC., ET AL | SECTION: "J"(2) |

### ORDER

Considering the foregoing unopposed *Motion to Stay Execution of Judgments Pending Appeal* **(Rec. Doc. 149)** filed by Manson Gulf, L.L.C.,

**IT IS ORDERED** that the motion is **GRANTED**, and the execution on the Judgment entered in favor of Angie LaFleur, individually, as executrix of the Estate of James Patrick LaFleur, and as natural tutrix of her children L.L., D.L., and B.L. (collectively "Claimants") against Manson in Civil Action 2:15-cv-03627 (Rec. Doc. 147) and in Civil Action 2:15-cv-06860 (Rec. Doc. 12) entered on September 4, 2018, be **STAYED** during the pendency of Manson's appeal to the United States Court of Appeals for the Fifth Circuit from the Judgments.

**IT IS FURTHER ORDERED** that the bond submitted as Exhibit A is approved as to amount and form, and stands as security to Claimants for the amounts awarded in the Judgments pending the appeal.

New Orleans, Louisiana, this 26th day of October, 2018.

                                              CARL J. BARBIER
                                              UNITED STATES DISTRICT JUDGE