UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MANSON GULF, LLC | CIVIL ACTION |
| VERSUS | NO: 15-3627 c/w 15-6860 |
| MODERN AMERICAN RECYCLING SERVICE, INC., ET AL. | SECTION: "J"(2) Applies to All Cases |

**SUPPLEMENTAL FINDINGS OF FACT AND CONCLUSIONS OF LAW**

On remand from the Fifth Circuit, the task before the Court is "to determine what proportion of the award is past damages versus future damages." *Manson Gulf, LLC v. LaFleur*, No. 18-31071, 2019 WL 4124431, at *3 (5th Cir. Aug. 29, 2019). Accordingly, the Court clarifies its Findings of Fact and Conclusions of Law (Rec. Doc. 146) as follows:

1. The economic loss damages, totaling $810,756.00, consist of $121,792.00 in past economic loss and $688,964.00 in future economic loss.

2. The general damages for Angie LaFleur, totaling $1,500,000.00, consist of $1,000,000.00 in past general damages and $500,000.00 in future general damages.

3. The general damages for B.L., totaling $500,000.00, consist of $400,000.00 in past general damages and $100,000.00 in future general damages.

4. The general damages for L.L., totaling $500,000.00, consist of $400,000.00 in past general damages and $100,000.00 in future general damages.

5. The general damages for D.L., totaling $500,000.00, consist of $400,000.00 in past general damages and $100,000.00 in future general damages.

Judgment will be entered accordingly.

New Orleans, Louisiana, this 9th day of October, 2019.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE